In the Matter of the Claim of PETER VECCHIO, Respondent, against COMBINED CONSTRUCTION COMPANY et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 25, 1931; decided April 14, 1931.)

*Jeremiah F. Connor* and *William E. Lowther* for appellants.

*John J. Bennett, Jr., Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: KELLOGG, J.